IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOHN FRALISH, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN GLOBAL OBLIGORS, INC. d/b/a CHOICE HOME WARRANTY; CHW GROUP INC. d/b/a CHOICE HOME WARRANTY; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 3:21-cv-00942-DRL-MGG |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Now comes the Plaintiff, JOHN FRALISH, by and through his attorneys, and respectfully requests the Court dismiss this matter *without* prejudice, both as to Plaintiff's individual claims and the claims of the putative class members, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The Defendants have not yet filed an answer or motion for summary judgment.

RESPECTFULLY SUBMITTED,

JOHN FRALISH

/s/ David B. Levin
Attorney for Plaintiff
Law Offices of Todd M. Friedman, P.C.
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Phone: (224) 218-0882
Fax: (866) 633-0228
dlevin@toddflaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2022, a copy of the foregoing Notice of Dismissal without Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
Attorney for Plaintiff